# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GS6 | E 1173172 | Hudson | 4705 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07/29/2025 0643 | 1.218(b)(25) |

**Place of Offense:** 950 15th St Augusta GA 30901

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Parking in spaces posted as reserved for physically disabled persons

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Bouyer | Anthony | L |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PAR1437 | GA | | Mercedes | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov
$ 180.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 600 James Brown Blvd Augusta GA 30901 | 10/15/2025 |
| | Time: 0800 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Placed on windshield

Original - CVB Copy

*E1173172*

CVB SCAN 08/05/2025 11:36

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July ___, 2025 while exercising my duties as a law enforcement officer in the Southern District of Georgia

See attached

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/29/2025   [Officer's Signature]
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)               U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/05/2025 11:36